IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

| | |
|---|---|
| SEAN M. RAMBERT, Sr., and <br> DANIELLE COX RAMBERT, <br> *co-administrators of* THE ESTATE <br> OF SEAN MICHAEL RAMBERT, Jr. <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BRANDON JOHNSON, *in his individual and official capacities*, <br> and CITY OF GREENVILLE, <br><br> Defendants. | Case No.: 4:21-CV-00020-FL |

## ORDER GRANTING MOTION TO SEAL

This matter is before the Court on Plaintiffs' Motion to Seal certain exhibits to their Appendix to Local Civil Rule 56.1 Statement of Facts (Dkt. Nos. 47, 48), filed in connection with their Opposition to Motion for Summary Judgment (Dkt. No. 45). Plaintiffs seek to seal one manually-filed digital video file (notice of manual filing at Dkt. Nos. 47-1 and 48-1) and five document exhibits (Dkt. Nos. 48-2, 48-3, 48-4, 48-5 and 48-6 ), all of which are part of the SBI File.

It appears to the Court that:

1. Good cause exists for the granting of this Motion;

2. Plaintiffs have demonstrated the necessity and propriety of sealing the exhibits at issue, which are not public records under North Carolina law;

3. The request to seal these exhibits overcomes any common law or First

Amendment presumption to access;

4. The nature and specific qualities of the materials to be sealed justify that they be sealed, taking into accounting the competing interest inaccess; and

5. Any alternatives to sealing are not adequate.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion to Seal (Dkt. No. 49) be GRANTED, and it is further

ORDERED that manually-filed digital video file (notice of manual filing at Dkt. Nos. 47-1 and 48-1) and five document exhibits (Dkt. Nos. 48-2, 48-3, 48-4, 48-5 and 48-6 ) be SEALED.

This the 28th day of September, 2021.

The Honorable Louise W. Flanagan
United States District Judge