IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SEAN M. RAMBERT, SR., and DANIELLE COX RAMBERT, co-administrators of THE ESTATE OF SEAN MICHAEL RAMBERT, JR.<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID BRANDON JOHNSON, in his individual and official capacities, and CITY OF GREENVILLE, NORTH CAROLINA,<br><br>    Defendants. | No. 4:21-cv-00020-FL |

## ORDER GRANTING SUMMARY JUDGMENT

This matter is before the Court on Defendants' motion, pursuant to Fed. R. Civ. P. 54(b), to reconsider its prior interlocutory order (DE 59) on Defendants' Motion for Summary Judgment (DE 21). Plaintiffs do not contest the motion. In light of the Fourth Circuit Court of Appeals' decision in this case, *Rambert v. City of Greenville*, 107 F.4th 388 (4th Cir. 2024) (DE 72), this Court concludes that Defendants are entitled to judgment as a matter of law on each of Plaintiffs' remaining claims. Therefore, Defendants' Motion for Summary Judgment is GRANTED. All of Plaintiffs' remaining claims are dismissed with prejudice.

The clerk is DIRECTED to close this case.

SO ORDERED, this the 6th day of January, 2025.

                                                                          */s/ Louise W. Flanagan*
                                                                          LOUISE W. FLANAGAN
                                                                          United States District Judge