UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SEAN RAMBERT, SR. Co-Administrator of the Estate of Sean Michael Rambert, Jr. and DANIELLE COX RAMBERT, , Co-Administrator of the Estate of Sean Michael Rambert, Jr.<br>    Plaintiffs,<br><br>v.<br><br>CITY OF GREENVILLE, and DAVID BRANDON JOHNSON, in his individual and official capacities<br>    Defendants | **JUDGMENT**<br>No. 4:21-CV-20-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 6, 2025 and for the reasons set forth more specifically therein, it is ordered that defendants' motion for summary judgment is GRANTED. All of the plaintiffs' remaining claims are dismissed with prejudice.

**This judgment Filed and Entered on January 6, 2025, and Copies To:**
Catharine Edwards / Kristin Beightol / J. Bryan Boyd (via CM/ECF Notice of Electronic Filing)
Gary Parsons / Amanda Hawkins / Scott MacLatchie / Kimberly Marston (via CM/ECF Notice of Electronic Filing)

January 6, 2025      PETER A. MOORE, JR., CLERK

             /s/ Sandra K. Collins
           (By) Sandra K. Collins, Deputy Clerk